**LAW OFFICE OF SAM A. SCHMIDT**
115 BROADWAY SUITE 1704
NEW YORK, N.Y.  10006
(212) 346-4666
FACSIMILE (212) 566-1068
e-mail lawschmidt@aol.com

**Sam A. Schmidt, Esq.**
_____

August 12, 2022

Honorable Eric R. Komitee, USDJ
United States Courthouse
225 Cadman Plaza East
Brooklyn, N.Y. 11201

        Re: U.S. v. Tyreik Jackson
          20 cr 476 (ERK)

Dear Honorable Judge Komitee:

    This letter is filed in response to the government's motion to seal GX 16 in its entirety. Should the government agree that the portion of GX 16 from 38:30 to 39:30 may be extracted from the exhibit and filed as part of an appeal not requiring sealing, defendant would have no objection to the sealing of the exhibit. I note that the government acknowledges in its request that the identity of the victim is already generally known.  Further, because of distance and quality of the video, one cannot identify the victim. The defendant also denies that any threats were made on his behalf.

                                                  Respectively submitted,

                                                 /s/

                                                 Sam A. Schmidt
                                               Attorney for Tyreik Jackson