

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EJD/BW
F. #2020R00908

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 12, 2022

By ECF and Email

The Honorable Eric R. Komitee
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Tyreik Jackson
                  Criminal Docket No. 20-476 (S-1) (ERK)

Dear Judge Komitee:

      The government respectfully submits this letter to advise the court that it has no objection to Mr. Schmidt's request in his letter dated August 12, 2022.  ECF No. 105.

                                              Respectfully submitted,

                                              BREON PEACE
                                              United States Attorney

                            By:             /s/
                                              Emily J. Dean
                                              Benjamin Weintraub
                                              Assistant U.S. Attorneys
                                              (718) 254-6120/6519

cc:    Clerk of the Court (ERK) (by ECF)
        Sam Schmidt, Esq. (by ECF and e-mail)